# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 3:09cv288/MCR/EMT

PROPERTY SEIZED FROM
EDUARDO LUIS REQUEJO-CHAVEZ and
JORGE LUIS ALMANZA-RIVERO
_____/

## O R D E R

Upon consideration of the parties' responses to the court's order to show cause, the court accepts the reasons given and no sanctions shall be imposed. In light of the agreement reached between the government and claimant Eduardo Luis Requejo-Chavez, and potential claimant Jorge Luis Almanza-Rivero's failure to respond following service, the parties shall not be required to file a joint report and the government may filed is intended dispositive motion.

**SO ORDERED** this 18th day of September, 2009.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**