# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    Plaintiff

vs.                                         CASE NO. 3:09cv288/MCR/EMT

PROPERTY SEIZED FROM
EDUARDO LUIS REQUEJO-CHAVEZ
and JORGE LUIS ALMANZA-RIVERO

    Defendant
_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order of Forfeiture. Being fully advised in the premises, the Court finds as follows:

1. On June 8, 2009, the United States filed an amended Civil Complaint against an 1998 Freightliner semi-tractor truck, VIN 1FUOCSZB8WL913191 and a 1994 Great Dane trailer, VIN 1GRAA9627RW013116 , seeking forfeiture pursuant to Title 21, United States Code, Section 881;

2. The United States caused to be published a Notice of Forfeiture on www.forfeiture.gov of the intent of the United States to the property in accordance with Title 21, United States Code, Section 881, and further notifying all third parties of their right to petition the Court within sixty (60) days fo the first day of publication to adjudicate the validity of their alleged legal interest in the real property.

3. The United States also provided actual notice to Eduardo Luis Requejo-Chavez and Jorge Luis Almanza-Rivero of the existence of the instant forfeiture action.

4. No claims or petitions, other than the claim of Eduardo Luis Requejo-Chavez, as discussed below, have been filed for the property described in the amended Complaint, and the time for filing petitions expired on August 11, 2009, sixty (60) days after the first publication on June 11, 2009, pursuant to Title 21, United States Code, Section 881.

5. Eduardo Luis Requejo-Chavez filed an answer to the complaint but later disclaimed any interest in the subject property and consented to the entry of judgment.

6. The facts set on in the affidavit filed by the United States demonstrates sufficient grounds for forfeiture.

**WHEREUPON**, **IT IS HEREBY ORDERED, and ADJUDGED;**

1. That all right, title and interest to the 1998 Freightliner semi-tractor truck, VIN 1FUOCSZB8WL913191 and the 1994 Great Dane trailer, VIN 1GRAA9627RW013116 is hereby condemned, forfeited and vested in the United States of America.

2. The property subject to forfeiture in this Order is, stated above, the 1998 Freightliner semi-tractor truck, VIN 1FUOCSZB8WL913191 and the 1994 Great Dane trailer, VIN 1GRAA9627RW013116.

3. That no other person or entity has established that they have any legal right, title or interest in the above said property.

4. Title to the property subject to this order is vested in the United States of America, and its agencies may take whatever action they deem appropriate thereto.

**IT IS SO ORDERED** this 18th day of September, 2009

                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS**
                        **UNITED STATES DISTRICT JUDGE**